IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA JEAN GOODEN,** : | CIVIL ACTION |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | No. 12-5110 |
| : | |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security Administration,** : | |
| : | |
| **Defendant.** : | |
| : | |

# ORDER

**AND NOW**, this 8th day of October, 2014, upon careful and independent consideration of Plaintiff's Request for Review and the response thereto, and after review of the Report and Recommendation of United States Magistrate Richard A. Lloret, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**;

3. Judgment is entered in favor of the Commissioner of Social Security; and

4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**